In the Matter of SAMUEL HIRSCH, an Incompetent Veteran. ANSHEL BABUSHKIN, Appellant.

Submitted January 8, 1942; decided February 26, 1942.

*Leo H. Schoen* for appellant.

Appeal dismissed, without costs, on the ground that an *ex parte* order does not finally determine a special proceeding within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.